Dianne C. Kerns, Trustee
Office of Chapter 13 Bankruptcy
31 N. 6th Avenue
#105-152
Tucson, AZ 85701-5701
Telephone (520) 544-9094

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 PROCEEDINGS |
| | ) | |
| MARLO ANN NEAL | ) | CASE NO.: 19-bk-14178-BMW |
| | ) | |
| | ) | **2020 IRS AND ADOR** |
| | ) | |
| | ) | |
| DEBTOR | ) | |

**TRUSTEE MOTION TO DISMISS FOR FAILURE TO SUBMIT
POST-PETITION TAX RETURNS
AND
NOTICE OF INTENT TO LODGE ORDER DISMISSING CASE WITHOUT A
HEARING**

DIANNE CRANDELL KERNS, the Standing Chapter 13 Trustee, hereby moves this Court to dismiss this Chapter 13 case pursuant to 11 U.S.C. §§ 521, 1308(a) and LRBP 2084-5. In support of this Motion the Trustee asserts that:

1. Debtor filed for relief on November 06, 2019.

2. The 341(a) Meeting of Creditors was first scheduled for January 03, 2020.

3. Pursuant to 11 U.S.C. §§521(f), at the request of the Trustee, the Debtor shall file with the court*, post petition tax returns each year the bankruptcy case is pending.

4. The Trustee has requested such filing:

   a. In the Debtor Information Packet provided at commencement of this case; **

   b. In the plan objection/evaluation filed in this case.

   c. The Trustee also sent a letter to the Debtor requesting said tax returns.

5. To the best of the Trustee's knowledge and belief, the Debtor has not provided copies of the required tax returns to the Trustee.

6.     Pursuant to LRBP 2084-5 "Unless the court grants a motion for an extension of time, if a debtor fails to

comply with Bankruptcy Code §§521(e) or (f), or § 1308(a), the case trustee may upload a dismissal

order and the court may summarily dismiss the case, or the case trustee may file a motion to dismiss..."

In this case the Debtor has failed to provide copies of the **2020 IRS AND ADOR** tax returns to the Trustee in

compliance with 11 U.S.C. §§521 and LRBP 2084-5. WHEREFORE the Trustee respectfully requests that the

Court dismiss this case.

The Trustee further gives notice of her intent to upload an order dismissing this case WITHOUT FURTHER

NOTICE OF HEARING unless the Debtor files an objection to this motion including documentation that the

taxes have been submitted to the Trustee.

Dated: January 27, 2022                                    OFFICE OF THE CHAPTER 13 TRUSTEE
                                                           7320 N. La Cholla #154-413
                                                           Tucson, AZ  85741


                                                           By /s/  DCK 011557
                                                           Dianne Crandell Kerns, Chapter 13 Trustee


Copy of the foregoing lodged with U.S. Bankruptcy
Court and mailed this: 1/27/2022

MARLO ANN NEAL                                             ALAN ROBERT HILL
570 W. RACINE LOOP                                         SOUTHERN ARIZONA LEGAL AID INC
CASA GRANDE, AZ  85122                                     2343 E BROADWAY BLVD #200
                                                           TUCSON, AZ  85719


Submitted By Dorraine Coulter

---

*     The Bankruptcy Code requires that the debtor file tax returns with the bankruptcy court. Recognizing that this may be uncomfortable to certain debtors, the Trustee requests only the the tax returns be submitted to her office.

**     Debtor information Packet is also available on the Trustee website: www.dckerns.com